| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Clay, Eric L. | 2. Court or Organization<br><br>U. S. Court of Appeals | 3. Date of Report<br><br>04/24/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Judge (active status) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>481 Theodore Levin U. S. Courthouse<br>231 West Lafayette<br>Detroit, Michigan 48226 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clay, Eric L. | 04/24/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clay, Eric L. | 04/24/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clay, Eric L. | 04/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | People Driven Credit Union | A | Interest | J | T | Redeemed | 10/16/17 | J | A | |
| 2. | Bank of America | A | Interest | M | T | | | | | |
| 3. | Franklin Small-Mid Caps Growth C | D | Dividend | L | T | | | | | |
| 4. | Putnam FD for Growth & Income | B | Dividend | J | T | Redeemed | 05/15/17 | J | | |
| 5. | Putnam Equity Income FD New CL A | B | Dividend | L | T | Redeemed | 05/15/17 | L | | |
| 6. | Putnam Invs FD Inc CL A | A | Dividend | L | T | | | | | |
| 7. | Franklin Mutual Global Discovery C | C | Dividend | M | T | | | | | |
| 8. | Templeton Foreign Fund C | A | Dividend | L | T | | | | | |
| 9. | Eaton Vance Floating Rate FD | D | Dividend | M | T | Buy | 01/25/17 | K | A | |
| 10. | | | | | | Buy | 05/15/17 | K | A | |
| 11. | IShares MSCI Emerging MKTS ETF | A | Dividend | K | T | | | | | |
| 12. | IShares MSCI EAFE ETF | A | Dividend | K | T | | | | | |
| 13. | IShares S&P Mid-Cap 400 Value ETF | A | Dividend | | T | Sold | 08/17/17 | K | C | |
| 14. | IShares S&P Mid-Cap 400 Growth ETF | A | Dividend | K | T | | | | | |
| 15. | IShares S&P Small-Cap 600 Value ETF | A | Dividend | | T | Sold | 08/10/17 | K | C | |
| 16. | IShares S&P Small-Cap 600 Growth | A | Dividend | K | T | Buy | 09/03/17 | K | | |
| 17. | IShares S&P 500 Value ETF | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clay, Eric L. | 04/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IShares S&P 500 Growth ETF | A | Dividend | J | T | | | | | |
| 19. IShares Micro-Cap ETF | A | Dividend | J | T | | | | | |
| 20. IShares US Real Estate ETF | A | Dividend | J | T | Buy | 04/07/17 | J | | |
| 21. FNMA 2012-138 YE 2% 12/25/2042 | A | Interest | J | T | Buy | 08/14/17 | J | | |
| 22. | | | | | Matured (part) | | J | A | |
| 23. Fannie Mae 2017-20 KA 3% 04/25/2047 | A | Interest | J | T | Buy | 03/28/17 | K | | |
| 24. | | | | | Matured (part) | | K | A | |
| 25. Fannie Mae 2017-18 MA 3% 03/25/2047 | A | Interest | J | T | Buy | 02/23/17 | K | | |
| 26. | | | | | Matured (part) | | J | A | |
| 27. Fannie Mae 2017-21 GA 3% 04/25/2047 | A | Interest | K | T | Buy | 03/29/17 | K | | |
| 28. | | | | | Matured (part) | | J | A | |
| 29. FNMA 2017-57 CA 3% 08/25/2047 | A | Interest | J | T | Buy | 07/31/17 | J | | |
| 30. | | | | | Matured (part) | | J | A | |
| 31. Freddie Mac 4116 KC 2% 10/15/2042 | A | Interest | K | T | Buy | 11/17/17 | K | | |
| 32. | | | | | Matured (part) | | J | A | |
| 33. FHLMC 4602 ZM 3% 11/15/2045 | A | Interest | J | T | Buy | 03/22/17 | K | | |
| 34. | | | | | Matured (part) | | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clay, Eric L. | 04/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FHLMC 4680 QU 3.5% 05/15/2047 | A | Interest | J | T | Buy | 06/02/17 | J | | |
| 36. | | | | | Matured (part) | | J | A | |
| 37. Freddie Mac 4706 LQ 3% 12/15/2046 | A | Interest | K | T | Buy | 09/11/17 | K | | |
| 38. | | | | | Matured (part) | | J | A | |
| 39. GNMA REMIC TRUST 2017-043 JA 3% 03/20/2047 | A | Interest | | T | Buy | 03/28/17 | J | A | |
| 40. | | | | | Matured (part) | | K | A | |
| 41. GNMA 2017-33 EA 3% 02/20/2047 | A | Interest | | T | Buy | 02/28/17 | K | | |
| 42. | | | | | Matured (part) | | K | A | |
| 43. GNMA 2017-045 DA 3% 03/20/2047 | A | Interest | | T | Buy | 04/04/17 | K | | |
| 44. | | | | | Matured (part) | | K | A | |
| 45. GNMA 2017-067 HA 3% 05/20/2017 | A | Interest | J | T | Buy | 05/24/17 | J | | |
| 46. | | | | | Matured (part) | | J | A | |
| 47. GNMA REMIC TRUST 2017-099 YA 3% 07/20/2017 | A | Interest | J | T | Buy | 07/27/17 | J | | |
| 48. | | | | | Matured (part) | | J | A | |
| 49. GNMA GNR 2017-150 KL 2.75% 10/01/2047 | A | Interest | J | T | Buy | 10/25/17 | J | | |
| 50. GNMA GNR 2017-150 KY 2.625% 10/01/2047 | A | Interest | K | T | Buy | 10/25/17 | K | | |
| 51. | | | | | Matured (part) | | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clay, Eric L. | 04/24/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GNMA GNR 2017-170 QU 3% 11/20/2047 | A | Interest | K | T | Buy | 11/27/17 | K | | |
| 53. | | | | | Matured (part) | | J | A | |
| 54. GNMA 2016-170 A 2.5% 04/20/2046 | A | Interest | J | T | Buy | 03/01/17 | K | | |
| 55. | | | | | Matured (part) | | J | A | |
| 56. TD Ameritrade Money Market | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clay, Eric L. | 04/24/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Under "VII. Investments and Trusts," items 4 and 5 for Putnam FD for Growth & Income, and Putnam Equity Income FD New CL A, respectively, are referred to as being "Redeemed." They otherwise would have been referred to and described as "mandatory share exchange;" however, because the computer program for this Financial Disclosure Report does not permit a category called "mandatory share exchange," "Redeemed" seemed to be the closest available category.

| Name of Person Reporting | Date of Report |
|---|---|
| Clay, Eric L. | 04/24/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Eric L. Clay**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544